Argued October 5, affirmed without opinion October 22, petition for rehearing denied November 15, 1973, petition for review denied January 15, 1974

STATE OF OREGON, *Respondent, v.*
ALVIN JOHNSON (No. 72-156 C),
*Appellant.*
514 P2d 1372

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.